UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-1063 (APM) |
| | ) | |
| U.S. DEP'T OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION, NAT'L INST. OF ALLERGY AND INFECTIOUS DISEASES, and CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**FOURTH JOINT STATUS REPORT**

Counsel for American Oversight ("Plaintiff") and counsel for Defendants U.S. Department of Health and Human Services ("HHS"), U.S. Food and Drug Administration ("FDA"), National Institute of Allergy and Infectious Diseases ("NIAID"), and Centers for Medicare and Medicaid Services ("CMS"), have conferred pursuant to the scheduling order issued July 30, 2020, which directs the parties to file a joint status report that "updates the court on their efforts to negotiate the terms of the search and processing of responsive records."

Counsel for the parties have conferred by email and phone and report that they continue to make progress in negotiating the scope of requests and searches:

Communications Directives Requests:  As previously reported, these requests have been received at FDA, HHS, and NIAID.  NIAID has completed initial searches related to both requests, identifying approximately 300 pages of potentially responsive records. NIAID anticipates completing internal review of these records by September 15, 2020, but anticipates many of the records will require consultation before it can produce any responsive non-exempt

1

records. HHS has completed initial searches and produced responsive documents with respect to both requests on July 28, 2020. Plaintiff is reviewing these records and the parties anticipate having further discussions about whether supplemental searches would be appropriate. FDA has completed its manual search of certain offices and referred the records it found to HHS, which is performing further consultation and/or referral with other entities. The parties have agreed to further discuss whether supplemental searches are warranted, and the scope of such searches, upon Plaintiff's review of these records after production. In short, the parties have made progress in the scope and processing of these requests.

<u>Coronavirus Task Force Emails</u>:  As previously reported, versions of this request were received by Defendants HHS, FDA, NIAID, and CMS.  CMS began its rolling monthly productions on July 31, 2020, notifying Plaintiff it had reviewed 642 pages of responsive documents and forwarded copies of these records to other entities for consultation.  NIAID has located 34 responsive pages for this request and anticipates completing its internal review of those pages by September 15, 2020.  The parties are discussing whether additional searches are appropriate.  After coming to agreement with Plaintiff regarding the scope of the request, HHS has identified 120 emails, totaling 425 pages, and agreed to complete its internal review or these records by September 30, 2020. In the event that it determines consultation is required with respect to any of these records, HHS has also agreed that it will request that such review will be completed by October 31, 2020. Similarly, after coming to agreement with Plaintiff regarding the scope of the request, FDA has identified approximately 900 pages of responsive records, and has sent 413pages to other entities for consultation. The parties remain in negotiations regarding the deadline for processing the outstanding pages. Additionally, with respect to both HHS and FDA, the parties have agreed that the agencies will defer processing of email attachments from the initial production. In addition, the parties have also agreed to FDA processing only the most

complete version of an email chain.  Upon review of the email productions, Plaintiff may request that HHS process specified attachments from the produced emails that Plaintiff identifies as of interest.

The parties concur that further discussions would be helpful to resolve, narrow, or clarify areas of disagreement, and propose to continue updating the Court by filing status reports until they have a specific dispute to bring to the Court's attention.  In light of the significant progress that has been made in recent weeks, however, the parties believe that monthly status reports are appropriate at this time, in lieu of bi-weekly reports.  Accordingly, the parties propose to file an additional status report on September 14, 2020.

Dated:  August 14, 2020                     Respectfully Submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*


*/s/ Christine H. Monahan*
Christine H. Monahan
D.C. Bar # 1035590
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005

(202) 869-5244
christine.monahan@americanoversight.org

*Counsel for Plaintiff*